**GREATBATCH LTD., Appellant**

v.

**AVX CORPORATION, Appellee**

2016-1875

United States Court of Appeals, Federal Circuit.

February 9, 2017

RICHARD ALAN NEIFELD, Neifeld IP Law, PC, Alexandria VA, argued for appellant. Also represented by ROBERT MIHAIL.

MICHAEL ROBERT HOUSTON, Foley & Lardner LLP, Chicago, IL, argued for ap-

pellee. Also represented by RICHARD SPENCER MONTEI.

(Dyk, Clevenger, and Hughes, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**